# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1801

_____

United States of America,                    *
                                             *
            Appellee,                        *
                                             *    Appeal from the United States
      v.                                     *    District Court for the
                                             *    Eastern District of Missouri.
Michael Curry,                               *
                                             *         [UNPUBLISHED]
            Appellant.                       *

_____

Submitted:   December 26, 2003

Filed:   January 9, 2004

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Michael Curry (Curry) challenges as excessive the 9-month prison sentence the district court[1] imposed following revocation of Curry's supervised release. Having carefully reviewed the record, we conclude that Curry's revocation sentence is well below the maximum imprisonment term authorized by statute, is within the range recommended by the Sentencing Guidelines

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

policy statements, and is not an abuse of discretion.  <u>See</u> <u>United States v. Grimes</u>, 54 F.3d 489, 492 (8th Cir. 1995) (standard of review).

Accordingly, we affirm.  We also grant counsel's motion to withdraw.

_____